UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

United States Courts
Southern District of Texas
ENTERED
MAY 2 2006
Michael N. Milby, Clerk of Court

| | |
|---|---|
| UNITED STATES OF AMERICA | § § |
| VS. | § § CRIMINAL NO. H-05-0127-3 |
| DARSH DIOR PILLOW, | § § |
| Defendant. | § |

### MEMORANDUM AND ORDER

Pending before the Court are four (4) discovery motions and one (1) motion for extension of time, all filed by Defendant on April 25, 2006. The motions, Docket Nos. 32, 33, 36, 37, and 39, are hereby **DENIED WITHOUT PREJUDICE** for failure to comply with this Court's conference requirement. If Defendant wishes to refile the motions, he must first attempt, at least two (2) full business days before filing, to confer with opposing counsel to ascertain whether the motions are opposed. Unopposed motions should be captioned as such.

IT IS SO ORDERED.

SIGNED at Houston, Texas, on this the 2nd day of May, 2006.

KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE

TO INSURE PROPER NOTICE, EACH PARTY WHO RECEIVES
THIS ORDER SHALL FORWARD A COPY OF IT TO EVERY
OTHER PARTY AND AFFECTED NON-PARTY EVEN THOUGH
THEY MAY HAVE BEEN SENT ONE BY THE COURT.

1